

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 4, 2026

**By ECF**
Hon. Arun Subramanian
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Martinez v. Genalo, et al.,* No. 26 Civ. 4719 (AS)

Dear Judge Subramanian:

      This Office represents the Respondents ("the Government") in the above-referenced habeas corpus action filed on June 4, 2026 (Dkt. 1), in which petitioner, Walter Melara Martinez ("Petitioner"), challenges his detention pending removal. At approximately 3:12 p.m. on June 4, 2026, this Court emailed an order to this Office directing the Government to file a response to the petition and address therein five specific questions presented by the Court by 5:00 p.m. on June 5, 2026. I write respectfully to request, with Petitioner's consent, an extension of two business days, to June 9, 2026, for the Government to file its response.

      I make this request because this Office requires more time to obtain pertinent documents and information necessary for the Government to prepare its response to the petition. This is the Government's first request for an extension in this case, and, as noted above, Petitioner consents to this request.

      I thank the Court for its consideration of this request.

GRANTED IN PART. The Court is willing to grant the requested extension as long as the government, by 5pm tomorrow, determines (1) whether it continues to seek petitioner's detention and (2) whether in its view there is a valid basis to further detain petitioner, in light of this Court's and the Second Circuit's prior decisions. What the Court doesn't want is to hear on Monday, June 9, that this case is on all fours with a case the Court has already decided authorizing release, and so the petitioner spent the weekend in detention, away from his family and community, for no reason. On that understanding, the application is granted.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 7.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 5, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   *s/ Melissa A. Childs*
     MELISSA A. CHILDS
     Assistant United States Attorney
     Telephone: (212) 637-2711
     E-mail: melissa.childs@usdoj.gov

cc:    Counsel of Record (by ECF)