UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER MELARA MARTINEZ,

　　　　　　Plaintiff,

-against-

KEN GENALO et al.,

　　　　　　Defendants.

26-CV-4719 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

　　　The Clerk of Court is respectfully directed to enter judgment in favor of petitioner and to close this case.

　　　SO ORDERED.

Dated: July 10, 2026
　　　　New York, New York

_____
　　ARUN SUBRAMANIAN
　　United States District Judge