UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER MELARA MARTINEZ.,

Petitioner,

-against-

KEN GENALO ET AL.,

Respondents.

26 CIVIL 04719 (AS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated July 10, 2026, judgment is entered in favor of petitioner, and the case is closed.

**Dated:** New York, New York
July 14, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**